## GOLD CROWN MINING COMPANY, Limited, v. BYRON JACKSON COMPANY.

### No. 9928.

Circuit Court of Appeals, Ninth Circuit.

Sept. 29, 1941.

Lester V. Peterman, of Twenty Nine Palms, Cal., for appellant.

Latham & Watkins and Henry T. Moore, all of Los Angeles, Cal., for appellee.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties and good cause therefor appearing, ordered appeal herein dismissed, that a decree be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

## Arthur O'KEEFFE, Petitioner for Review, v. COMMISSIONER OF INTERNAL REVENUE.

### No. 3698.

Circuit Court of Appeals, First Circuit.

July 31, 1941.

See, also, 1 Cir., 118 F.2d 639.

Daniel J. Lyne and Lyne, Woodworth & Evarts, all of Boston, Mass., for petitioner for review.

J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for Commissioner.

PER CURIAM.

Upon motion of petitioner for review, assented to, it is ordered that this case be docketed, and it is further ordered that the petition for review be, and the same hereby is, dismissed.

## NATIONAL LABOR RELATIONS BOARD, Petitioner, v. M. & M. BAKERIES, Inc., Respondent.

### No. 3691.

Circuit Court of Appeals, First Circuit.

July 10, 1941.

Laurence A. Knapp, Associate Gen. Counsel, N. L. R. B., of Washington, D. C., for petitioner.

Stanley M. Burns, of Dover, N. H., for respondent.

PER CURIAM.

Upon stipulation of the parties, a decree of enforcement was entered.

## Felix BENITEZ Rexach, Plaintiff, Appellant, v. Rafael SANCHO Bonet, Treasurer of Puerto Rico, Defendant, Appellee.

### No. 3701.

Circuit Court of Appeals, First Circuit.

Aug. 13, 1941.

Miguel Guerra-Mondragon, of San Juan, P. R., for appellant.

William Cattron Rigby, of Washington, D. C., for appellee.

PER CURIAM.

It is ordered that this case be docketed, and, upon stipulation, it is further ordered that the appeal herein be, and the same hereby is, dismissed.